**FILED**

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0315

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-24-0315

_____

IN RE THE MATTER OF THE ESTATE
OF: RICHARD EDWARD PAUL,

Deceased.

_____

The Appellee having filed an unopposed Motion to Extend the time for Submission of Appellee's Answer Brief and good cause appearing:

IT IS HEREBY ORDERED THAT, Appellee shall have September 27, 2024, by which to file Appellee's Answer Brief.

Dated this _____ day of August, 2024.

_____

Justice of the Supreme Court

cc:

Randy Tarum

Shelbi Paul

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 6 2024